**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

MARY PAULDING,

       Plaintiff,

v.

       Case No.: 4:24-cv-00074-CDL

PROGRESSIVE DIRECT INSURANCE
COMPANY,

       Defendant.

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff Mary Paulding ("Plaintiff"), and Defendant Progressive Direct Insurance Company ("Defendant") (collectively, the "Parties") respectfully ask the Court to continue the Scheduling Order entered April 29, 2025 [Doc. 25] by 60 days for all dates that have not yet passed. In further support of this Joint Motion, the Parties state as follows:

1.      On April 29, 2025, the Court entered a Third Amended Scheduling Order [Doc. No. 25].

2.      The discovery cutoff is September 3, 2025. [*Id*.] The Parties have taken depositions and have completed written discovery. The only outstanding discovery is expert reports and depositions.

3.      Plaintiff's expert deadline is July 28, 2025. [*Id*.] Plaintiff initially retained an expert on April 2, 2025. [*See* Doc 24.] That expert had an unexpected medical emergency and was no longer able to continue in this matter. Plaintiff retained a different expert on June 27, 2025. Due to the expert's schedule, including expert deadlines in other matters, she is unable to complete her report in this matter by July 28, 2025.

4.      The Trial of this matter is set for March 2, 2026, and the Pretrial Conference is set

for February 11, 2026. [Doc. 25].

5.      This is the Parties' fourth request for an amendment of the Scheduling Order. This request for a continuance is not made for purposes of delay, but to facilitate the productive and effective litigation of this matter. The previous extensions have enabled the Parties to complete depositions. The only remaining discovery is expert disclosures and depositions. Plaintiff has been diligent in her efforts to comply with the previously ordered expert deadline, but has been unable to do so due to circumstances outside of her control.

6.      The Parties have conferred and are in agreement that an extension of 60 days of all pending dates in the Third Amended Scheduling Order will allow the Parties to effectively complete expert discovery in this matter.

7.      A proposed Fourth Amended Scheduling Order is submitted herewith for the Court's convenience.

## CONCLUSION

Based on the foregoing, Plaintiff Mary Paulding and Defendant Progressive Direct Insurance Company request that the Court amend the existing Scheduling Order as above, with all existing dates and deadlines being extended 60 days from their current setting in the existing Scheduling Order.

Respectfully submitted,

SMOLEN | LAW, PLLC

/s/Christopher D. Mochulsky
Donald E. Smolen, II, OBA #19944
Christopher D. Mochulsky, OBA #36345
611 S. Detroit Ave.
Tulsa, OK 74120
P: (918) 777-4LAW (4529)
F: (918) 890-4529
don@smolen.law
chrism@smolen.law
*Attorneys for Plaintiff*

/s/ W. Joseph Pickard*
W. Joseph Pickard, OBA #19543
Kailey D. Lorenson, OBA #32822
**PICKARD AND LORENSON**
6315 E 102nd St. Suite 204
Tulsa, OK 74137
918-900-6282
Joe@tulsalitigation.com
Kailey@tulsalitigation.com
*Attorneys for Defendant*

*Signed with filing attorney's permission

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 28th day of July 2025, the foregoing was submitted to the Clerk of Court using the Court's ECF System for filing and for transmittal of a Notice of Electronic Filing to all counsel of record in this case.

/s/Christopher D. Mochulsky