## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

MARY PAULDING,                              )
                                            )
                  Plaintiff,                )
                                            )
vs.                                         )          Case No. 24-cv-00074-CDL
                                            )
PROGRESSIVE DIRECT INS. CO.,                )
                                            )
                  Defendant.                )

### VERDICT FORM – FOR PLAINTIFF

We, the jury, empaneled and sworn in the above-entitled cause, do, upon our oaths, find in favor of the Plaintiff, Mary Paulding, on her claim of Bad Faith, and fix the dollar amount of her damages against the Defendant, Progressive Direct Insurance Company, as follows:

1.    The dollar amount awarded to Plaintiff as a result of Progressive's breach of the duty of good faith and fair dealing is the sum of $ _2.0 Million Dollars_

2.    We do __X__ do not ____ (Check One) find by clear and convincing evidence that the Defendant, Progressive Direct Insurance Company, recklessly disregarded its duty to deal fairly and act in good faith with Mary Paulding in handling her claim.

3.    We do __X__ do not ____ (Check One) find by clear and convincing evidence that the Defendant, Progressive Direct Insurance Company, intentionally and with malice breached its duty to deal fairly and act in good faith with

_____
Foreperson