# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

MARY PAULDING,                       )
                                     )
        Plaintiff,                 )
                                     )
vs.                                  )    Case No. 24-cv-00074-CDL
                                     )
PROGRESSIVE DIRECT INS. CO.,         )
                                     )
        Defendant.                 )

## VERDICT FORM
### (STAGE TWO)

We, the jury empaneled and sworn in the above-entitled cause do upon our oaths find in favor of Plaintiff, Mary Paulding, and against Defendant, Progressive Direct Insurance Company, and fix the amount of Plaintiff's punitive damages as follows:

The dollar amount of Plaintiff's punitive damages is the sum of $20 Million Dollars

Foreperson